# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| **KIANA WHITE and KEANI EPP,** Individually and on behalf of all others similarly situated | § § § § |
| | § Civil Action No. 9:23-cv-81000-AMC |
| **Plaintiffs,** | § § JURY TRIAL DEMANDED |
| v. | § § COLLECTIVE ACTION |
| | § PURSUANT TO 29 U.S.C. §216(b) |
| **AMERICAN BEHAVIORAL RESEARCH INSTITUTE, LLC d/b/a RELAXIUM** | § § § |
| **Defendants.** | § § |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Kiana White and Keani Epp, pursuant to this Court's Order (ECF No. 18), hereby certify the following listed persons or entities are financially interested in the outcome of this case:

1. Kiana White

    *Plaintiff*

2. Keani Epp

    *Plaintiff*

3. All similarly situated employees who file consents to join this action.

4. Anderson Alexander, PLLC
   Clif Alexander
   Austin W. Anderson
   Blayne Fisher
   101 N. Shoreline Blvd., Suite 610
   Corpus Christi, Texas 78401

    *Attorneys for Plaintiff and the Putative Collective Members*

5. Morgan & Morgan
   Ryan Morgan

-2-

    Paul M. Botros
    8151 Peters Road, Suite 4000
    Plantation, FL 33324

    *Attorneys for Plaintiff and the Putative Collective Members*

6. Sherinian & Hasso Law Firm
    Melissa C. Hasso
    111 E. Grand Ave., Ste. 212
    Des Moines, Iowa 50309

    *Attorneys for Plaintiff and the Putative Collective Members*

7. American Behavioral Research Institute, LLC

    *Defendant*

8. Fisher & Phillips LLP
    Steven A. Siegel
    201 East Las Olas Boulevard, Suite 1700
    Fort Lauderdale, Florida 33301

    *Defendant's Attorneys*

9. All persons and entities listed on Defendant's Certificate(s) of Interested Parties.

Date: November 16, 2023                Respectfully submitted,

                              By:   /s/*Paul M. Botros*

**MORGAN & MORGAN, P.A.**

| | |
|---|---|
| **C. Ryan Morgan, Esq.** | **FBN 0015527** |

rmorgan@forthepeople.com
N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791

| | |
|---|---|
| **Paul M. Botros, Esq.** | **FBN 0063365** |

pbotros@forthepeople.com
8151 Peters Road
Suite 4000
Plantation, FL 33324
Telephone: (954) 327-5352
Facsimile: (954)327-3017

**SHERINIAN & HASSO LAW FIRM**

**Melissa C. Hasso** *(Admitted Pro Hac Vice)*
Iowa Bar No. AT0009833
mhasso@sherinianlaw.com
111 E. Grand Ave., Ste. 212
Des Moines, Iowa 50309
Telephone: (515) 224-2079
Facsimile: (515) 224-2321

**ANDERSON ALEXANDER, PLLC**

By:   /s/ *Clif Alexander*
**William C. Alexander** *(Admitted Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
**Blayne Fisher** *(Pro Hac Vice forthcoming)*
Texas Bar No. 24090099
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**Attorneys in Charge for Plaintiffs and
Putative Collective Members**

-4-

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                            /s/ *Paul M. Botros*
                                                             Paul M. Botros